**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

THE FINANCIAL RESOURCES GROUP
(IN RE: LUBERTA JOHNSON)

**CASE NO** 04-61270
**CHAPTER:** 13

vs

**DATE**: September 15, 2009
**PLACE**: Benton

**PRESENT**: Honorable Kenneth J. Meyers, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS**: Application for Payment of Unclaimed Monies to Claimant

**MINUTES OF COURT:**

Case is called for hearing on the Application for Payment of Unclaimed Monies to Claimant filed by The Financial Resources Group. Frank Kloss appears telephonically. The Application for Payment of Unclaimed Monies to Claimant is Denied.

Donna Beyersdofer
Acting Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**