

**FILED**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

AUG 2 4 2009

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT, ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  03-61121 |
| | ) | |
| Leslie & Sherry Schreoder | ) | |
| | ) | **APPLICATION FOR PAYMENT** |
| Debtor | ) | **OF UNCLAIMED MONIES** |
| | ) | **TO CLAIMANT** |

There having been a dividend check in the above named case issued to Centralia Collection in the amount of $4,372.43, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the rightful payee listed above.

8/17/09
Date

Larry L. Moses, General Manager
The Financial Resources Group
Attorney-in-fact for:
Melanie Ramirez
700 Mechem Drive, Suite 8B
Ruidoso, NM 88345