# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

---

Bankruptcy Proceeding No. 03–61121
Chapter No.: 13
Judge: Kenneth J. Meyers

In re: Leslie Schroeder and Sherry Schroeder
      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–7369   xxx–xx–1671

---

PLEASE TAKE NOTICE that a hearing will be held

      at U.S. Bankruptcy Court, 301 W Main St, Benton, IL 62812
      on 9/15/2009 at 09:00 AM

to consider and act upon the following:

      Application for Payment of Unclaimed Monies to Claimant filed by The Financial Resources Group

Dated: August 28, 2009

DIRECT ALL COURT CORRESPONDENCE TO:
U.S. BANKRUPTCY COURT

301 WEST MAIN STREET
BENTON, IL 62812

Donna N Beyersdorfer
Acting Clerk, U.S. Bankruptcy
Court

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**