# Notice Recipients

District/Off: 0754–6          User: kl                    Date Created: 8/28/2009

Case: 03–61121               Form ID: 269                Total: 14

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Bob G Kearney | ecfmail@bobkearney13.com |
| aty | Michael E Reed | reedlaw1885@charter.net |

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Leslie Schroeder | 2715 Chouteau Rd. | Odin, IL 62870 |
| jtdb | Sherry Schroeder | 2715 Chouteau Rd. | Odin, IL 62870 |
| intp | Financial Resources Group | 700 Mechem Dr Ste 8B | Ruidoso, NM 88345 |
| 1525853 | Centralia Collection Services, Inc. | 205 E Third St | Centralia, IL 62801 |
| | Gerald Burke | U.S. Attorneys Office | 9 Executive Dr | Fairview Heights, IL 62208 |
| | Centralia Collection | c/o The Financial Resources Group Inc | 700 Mechem Dr Suite 8B | Ruidoso, NM 88345 |
| | Erik Kock, President | Centralia Collection | 204 E 3rd St | Centralia, IL 62801 |
| | Centralia Collection | PO Box 1446 | Mt Vernon, IL 62864 |
| | Centralia Collection Services Inc | Harold Kaufman | 538 Oakdale Dr | Centralia, IL 62801 |
| | Larry L Moses | 307 Main Road | Ruidoso, NM 88345 |
| | Larry L. Moses, General Manager | The Financial Resources Group Inc | 700 Mechem Dr Suite 8B | Ruidoso, NM 88345 |

                                                                    TOTAL: 11