Case 03-61121    Doc 74-1    Filed 09/15/09    Page 1 of 1

# Notice Recipients

District/Off: 0754−6     User: tk     Date Created: 9/15/2009
Case: 03−61121     Form ID: pdf900     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp     Financial Resources Group     700 Mechem Dr Ste 8B     Ruidoso, NM 88345
         Larry Moses     Financial Resources Group     700 Mecham Dr, Suite 8B     Ruidoso, NM 88345
         Centralia Collection     204 E 3rd St     Centralia, IL 62801

TOTAL: 3